**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Avery Joseph HENDRICKS,
Defendant-Appellant.**

**No. 15-10484**

United States Court of Appeals,
Ninth Circuit.

---

Submitted December 14, 2016 *

Filed December 19, 2016

Christina Marie Cabanillas, Assistant U.S. Attorney, USTU—Office of the US Attorney, Tucson, AZ, for Plaintiff-Appellee

Avery Joseph Hendricks, Pro Se

Before: WALLACE, LEAVY, and FISHER, Circuit Judges.

## MEMORANDUM **

Avery Joseph Hendricks appeals from the revocation of probation and 25-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Hendricks's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Hendricks the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. Accordingly, we affirm the revocation and sentence.

We remand the case to the district court with instructions to correct the judgment to reflect that Hendricks admitted Allegations A and C, not Allegation B.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED; REMANDED to correct the judgment.**